IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| VANTWAIN STOKES, #213 129, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:21-CV-467-WHA-KFP |
| | ) |
| SPENCER W. DANZEY, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the Court on the Recommendation of the United States Magistrate Judge entered on November 1, 2021. There being no timely objections filed to the Recommendation and upon independent review of the file, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. 12) is ADOPTED.

2. This case is DISMISSED with prejudice prior to service under 28 U.S.C. § 1915(e)(2)(B)(i) & (ii).

Final Judgment will be entered separately.

Done, this 23rd day of November 2021.

    /s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE